**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**ALDO RIGOBERTO GUERRA-GUEVARA**          **CASE NO.  2:25-CV-02077 SEC P**
**#92467-479**

**VERSUS**                                        **JUDGE DAVID C. JOSEPH**

**WARDEN F C I OAKDALE II**                      **MAGISTRATE JUDGE LEBLANC**

## <u>MEMORANDUM ORDER</u>

The application to proceed *in forma pauperis* having been considered, it is the opinion of

the Court that petitioner has sufficient funds to pay the filing fee.  Therefore, *in forma pauperis*

status is DENIED.

IT IS ORDERED that petitioner pay the $5.00 filing fee within 30 days.  Failure to do so

will result in the petition being stricken.

THUS DONE in Chambers on this _____ day of _____, 2026.

_____
Thomas P. LeBlanc
United States Magistrate Judge