⇔92467-479⇔
92467479
Federal F.C.I 2
P.O.X 5010
Oakdale, LA 71463
United States

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 27 2026

DANIEL J. McCOY, CLERK
BY ___A.S___

SHREVEPORT LA 710
22 JAN 2026 AM 1 L

Clerk of the court
United state District Court
West Lousianna,
Lake Charles Division
611 Broad Street Suite 1006
Lake Charles LA 70601

70601-438099