UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**ALDO RIGOBERTO GUERRA-GUEVARA**  **CASE NO. 2:25-CV-02077 SEC P**
**#92467-479**

**VERSUS**  **JUDGE DAVID C. JOSEPH**

**WARDEN F C I OAKDALE II**  **MAGISTRATE JUDGE LEBLANC**

## MEMORANDUM ORDER

The application to proceed *in forma pauperis* [Docs. 5 & 10, as supplemented at Doc. 9] having been considered, it is the opinion of the Court that petitioner has sufficient funds to pay the filing fee. Therefore, *in forma pauperis* status is DENIED.

IT IS ORDERED that petitioner pay the $5.00 filing fee within 30 days. Failure to do so will result in the petition being stricken.

THUS DONE in Chambers on this 11th day of February, 2026.

Thomas P. LeBlanc
United States Magistrate Judge